AO 440 (Rev. 10/2002) Summons in a Civil Case

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case Number: **04-80954**

STELOR PRODUCTIONS, INC.

    Plaintiff,

v.

STEVEN A. SILVERS,

    Defendant.
_____/

**SUMMONS IN A CIVIL CASE**

NIGHT BOX FILED

OCT 15 20

CLARENCE MADDOX
CLERK, USDC / SDFL / WPB

(Name and address of defendant)

Steven A. Silvers
8983 Okeechobee Blvd., #202
PMB 203
West Palm Beach, FL 33411

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stanley A. Beiley, Esq.
Sacher, Zelman, Van Sant, Paul, Beiley,
Hartman, Rolnick, & Waldman, P.A.
1401 Brickell Avenue, Suite 700
Miami, Florida 33131
(305) 371-8797

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLARENCE MADDOX, Clerk

By: /s/
    Deputy Clerk
DATE

OCT 18 2004