IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT FLORIDA

STELOR PRODUCTIONS, INC.
(a Delaware corporation)

   Plaintiff,

v.

STEVEN A. SILVERS
(a resident of Palm Beach County, Florida)

   Defendant.

CASE NO. 04-80954 - CIV - HURLEY

Magistrate: Judge James M. Hopkins



## PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

Plaintiff STELOR PRODUCTIONS, INC. ("Stelor") brings this motion for a preliminary injunction to enjoin the Defendant from unilateral actions which materially breach his contractual obligations and, if left unchecked, will further undermine and irreparably injure the Plaintiff, its business, and the intellectual property rights which Defendant has licensed and entrusted exclusively to the Plaintiff.

Stelor submits with this motion a Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction, as well as a proposed Order for the Court. As more fully explained in that Memorandum, Stelor holds an exclusive license from Defendant to develop characters and other intellectual property (the "Googles Intellectual Property") based on the story and concept "Googles and the Planet of Goo" created by Defendant. After granting Stelor sole rights to maintain, enforce, and defend the Googles Intellectual Property, and after pledging Stelor his full cooperation, Defendant has committed a string of material breaches that have impeded

NON-COMPLIANCE OF S.D. fla. L.R. 5.1/A.5

Stelor's performance while jeopardizing Stelor's business and the Googles Intellectual Property Rights.

Stelor accordingly respectfully requests that, during the pendency of this case, this Court preliminarily enjoin Defendant, his agents, assigns, nominees, representatives, and any and all persons or entities acting in concert with any of them, and also order the Defendant to specifically perform his contractual obligations, as follows:

A.   To order the Defendant to immediately instruct the United States Patent and Trademark Office ("USPTO") to send all communications regarding the Googles Trademarks to Stelor's duly appointed counsel:

|  |  |
|---|---|
| prior to 1/15/05 | Laurence R. Hefter<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner, L.L.P.<br>1300 I Street NW<br>Washington DC 20005 |
| after 1/15/05 | 901 New York Avenue<br>Washington DC 20001 |

B.   To order the Defendant to cease and desist from communicating with the USPTO regarding the Googles Trademarks;

C.   To order the Defendant to not take any action in the pending cancellation proceeding Google, Inc. has brought to cancel the registration for GOOGLES & Design (Reg. No. 2,087,590) at the Trademark Trial and Appeal Board ("TTAB"), including filing an answer, making any other submissions, and contacting Google, Inc. for any reason including to negotiate a settlement;

D. To order the Defendant to cease and desist from interfering in the proceedings Stelor has brought at the TTAB to cancel Google, Inc.'s trademark registration for GOOGLE (Reg. No. 2,806,075) and oppose Google, Inc.'s application to register GOOGLE (Ser. No. 76/314,783), including making any submissions in these proceedings and contacting Google, Inc. for any reason including to negotiate a settlement; and

E. To order the Defendant to cooperate immediately and fully with Stelor in the above-mentioned proceedings consistent with Defendant's contractual obligations, including providing any evidence (in the form of documentation, testimony, or otherwise) in Defendant's possession that Stelor feels is necessary to prevail in these proceedings and protect the Googles Intellectual Property Rights.

Dated:                                              Respectfully submitted,

                                                    *for* *Christopher Bopst*
                                                    for Stanley A. Beiley  F.B.N. 0145114
Of Counsel:                                         Florida Bar No. 004848
                                                    SACHER ZELMAN VAN SANT PAUL BEILEY,
Laurence R. Hefter                                  HARTMAN, ROLNICK & WALDMAN P.A.
FINNEGAN, HENDERSON, FARABOW,                       1401 Brickel Avenue, Suite 700
GARRETT & DUNNER, L.L.P.                            Miami, FL  33131
1300 I Street, N.W.                                 Tel: 305-371-8797
Washington, D.C.  20005-3315                        Fax: 305-374-2605
Tel: 202-408-4000
Fax: 202-408-4400                                   Attorneys for Plaintiff,
                                                    STELOR PRODUCTIONS, INC.

3