UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-80954-CIV -HURLEY/HOPKINS

STELOR PRODUCTIONS, INC., )
)
Plaintiff )
v. )
)
STEVEN A. SILVERS, )
)
Defendant. )
_____)

**MOTION TO APPEAR *PRO HAC VICE*
ON BEHALF OF PLAINTIFF FOR LAURENCE R. HEFTER**

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Laurence R. Hefter, of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., for purposes of appearing as co-counsel on behalf of Plaintiff Stelor Productions, Inc. herein, in the above-styled case only.

Laurence R. Hefter certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the bars of the States of New York, Virginia, and Washington, DC, and the United States District Court for the District of Columbia. Attached hereto is a certificate of good standing from the Clerk of the United States District Court for the District of Columbia.

In further support of this motion, Stanley A. Beiley is designated as the person with whom the Court and counsel may readily communicate about this case and upon whom papers may be served. He is a member of the bar of this Court and maintains an

Case No. 04-80954-CIV-HURLEY

office in this District for the practice of law. Mr. Beiley and his law firm Sacher Zelman Van Sant Paul Beiley Hartman Rolnick & Waldman, P.A. of 1401 Brickell Avenue, Suite 700, Miami, Florida 33131, 305-371-8797, are co-counsel in this matter for Plaintiff Stelor Productions, Inc.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: October 25, 2004

*for* Stanley A. Beiley, Esq.

Executed under penalty of perjury on the 22 day of October, 2004 at Washington, D.C.

Respectfully submitted,

Laurence R. Hefter
FINNEGAN HENDERSON FARABOW
  GARRETT & DUNNER, L.L.P.
1300 I Street, NW
Washington, DC 20004
202-408-4053 Phone
202-408-4400 Fax

2

## CERTIFICATE OF SERVICE

We hereby certify that on the ___ day of October, 2004, a true copy of the foregoing was served by U.S. Mail on Mr. Steven A. Silvers 8983 Okeechobee Blvd. Suite #202, PMB 203, West Palm Beach, Florida 33411

Respectfully submitted,

SACHER ZELMAN VAN SANT PAUL BEILEY
HARTMAN ROLNICK & WALDMAN, P.A.

By: *Christopher Dopt*
for Stanley A. Beiley, Esq. F.B.N. 0145114
Florida Bar No. 004848

# United States District Court
# for the District of Columbia

## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## LAURENCE   R.   HEFTER

was, on the __7th__ day of __December__ A.D. __1992__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __21st__ day of __October__, A.D. 2004.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____
Deputy Clerk

