UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-80954-CIV -HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.,         )
                                  )
           Plaintiff              )
                                  )
v.                                )
                                  )
STEVEN A. SILVERS,                )
                                  )
           Defendant.             )
_____)

FILED by _____ D.C.
OCT 26 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*
ON BEHALF OF PLAINTIFF FOR LAURENCE R. HEFTER

This cause has come before the Court upon the application of Laurence R. Hefter, counsel for Plaintiff Stelor Productions, Inc., for permission to appear and participate *pro hac vice* in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby, GRANTED.

DONE AND ORDERED in chambers at the United States District Courthouse, Florida, this 25 day of October, 2004.

Daniel T. K. Hurley
United States District Judge
Southern District of Florida

Copies furnished to:   Stanley A. Beiley
                       Steven A. Silvers