UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-80954-CIV
Judge Daniel T.K. Hurley
Magistrate Judge James M. Hopkins

STELOR PRODUCTIONS, INC., )
                          )
        Plaintiff         )
   v.                     )
                          )
STEVEN A. SILVERS,        )
                          )
        Defendant.        )
_____)

## MOTION TO APPEAR *PRO HAC VICE* ON BEHALF OF PLAINTIFF FOR ROBERT D. LITOWITZ

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Robert D. Litowitz, of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., for purposes of appearing as co-counsel on behalf of Plaintiff Stelor Productions, Inc. herein, in the above-styled case only.

Robert D. Litowitz certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the bar of the District of Columbia. Attached hereto is a certificate of good standing from the Clerk of the District of Columbia Court of Appeals.

In further support of this motion, Christopher Bopst is designated as the person with whom the Court and counsel may readily communicate about this case and upon whom papers may be served. He is a member of the bar of this Court and maintains an

office in this District for the practice of law.  Mr. Bopst and his law firm Sacher Zelman Van Sant Paul Beiley Hartman Rolnick & Waldman, P.A. of 1401 Brickell Avenue, Suite 700, Miami, Florida 33131, 305-371-8797, are co-counsel in this matter for Plaintiff Stelor Productions, Inc.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: November 1, 2004

_____
Christopher Bopst
Florida Bar No. 0145114

Executed under penalty of perjury on the 29th day of October, 2004 at Washington, D.C.

Respectfully submitted,

_____
Robert D. Litowitz
FINNEGAN HENDERSON FARABOW
 GARRETT & DUNNER, L.L.P.
1300 I Street, NW
Washington, DC  20004
Telephone: (202) 408.4048
Facsimile: (202) 408.4400

## CERTIFICATE OF SERVICE

We hereby certify that on the ___1st___ day of November, 2004, a true copy of the foregoing, **MOTION TO APPEAR PRO HAC VICE ON BEHALF OF PLAINTIFF FOR ROBERT D. LITOWITZ,** was served by U.S. Mail, postage prepaid, on Mr. Steven A. Silvers, 8983 Okeechobee Boulevard,. Suite #202, PMB 203, West Palm Beach, Florida 33411

    Respectfully submitted,

    SACHER ZELMAN VAN SANT PAUL BEILEY
    HARTMAN ROLNICK & WALDMAN, P.A.

    By: _/s/ Christopher Bopst_
    Christopher Bopst.
    Florida Bar No. 0145114



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Robert D. Litowitz

was on the 18th day of December, 1981 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 27, 2004.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk