Case No: 04-80954 CIV-HURLEY

| TO BE SERVED | COURT |
|---|---|
| STEVEN A. SILVERS<br>2495 SAILFISH COVE DRIVE<br>WEST PALM BEACH, FLORIDA | IN THE U.S. DISTRICT COURT IN AND FOR THE<br>SOUTHERN DISTRICT OF FLORIDA |

| STYLE | WRIT |
|---|---|
| STELOR PRODUCTIONS, INC.<br>VS.<br>STEVEN A. SILVERS | SUMMONS IN A CIVIL ACTION |

| SERVED FOR | INFORMATION |
|---|---|
| STANLEY A. BEILEY, ESQ.*<br>SACHER, ZELMAN, VAN SANT, ET AL.*<br>1401 BRICKELL AVENUE, #700<br>MIAMI, FLORIDA, 33131 | Court Date:    Court Time:<br>Witness Fee:<br>Document Type: Original<br>Atty File # |

I received this process 10/25/04 at 9:00 AM and it was served 10/25/04 at 4:26 PM in PALM BEACH COUNTY, FLORIDA.

STEVEN A. SILVERS
2495 SAILFISH COVE DRIVE
WEST PALM BEACH, FLORIDA

**INDIVIDUAL SERVICE: (FS 48.031)**
By delivering to the within named person a copy of SUMMONS IN A CIVIL ACTION the date and hour of service endorsed by me, and at the same time delivering to the within named person a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner.

**OTHER RETURNS:**
LETTER, MOTION TO APPEAR PRO HAC VICE ON BEHALF OF PLAINTIFF FOR LAURENCE R. HEFTER, PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action persuant to F.S. 92.525(2).

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and section 520 Et. Seq.

PROCESS SERVER: RAFAEL R. HIDALGO (86)
CAPLAN, CAPLAN AND KAYE (305) 374-3426
CPS Number: 01182449-001

The foregoing instrument was acknowledged before me this 26 day of October, 2004 BY RAFAEL R. HIDALGO, who is personally known to me, or who was produced a D/L as identification and who DID take an oath.

Brenda Taylor
My Commission DD196670
Expires March 31, 2007

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCN

AO 440 (Rev. 10/2002) Summons in a Civil Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: **04-80954**

**CIV-HURLEY**
**JAMES M. HOPKINS**

STELOR PRODUCTIONS, INC.

    Plaintiff,

v.

STEVEN A. SILVERS,

    Defendant.

**SUMMONS IN A CIVIL CASE**

(Name and address of defendant)

Steven A. Silvers
2495 Sailfish Cove DRive
West Palm Beach, FL #3411-1823

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Stanley A. Beiley, Esq.
    Sacher, Zelman, Van Sant, Paul, Beiley,
    Hartman, Rolnick, & Waldman, P.A.
    1401 Brickell Avenue, Suite 700
    Miami, Florida 33131
    (305) 371-8797

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLARENCE MADDOX, Clerk

By: _____
    Deputy Clerk
DATE **OCT 18 2004**

1182449

AO 440 (Rev. 10/2002) Summons in a Civil Case (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10/25/2004 |
| NAME OF SERVER (PRINT) Rafael R. Hidalgo | TITLE Dade County - Miami, Fl. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2495 Sailfish Cove Drive. West Palm Beach, Fl. 33411-1823

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: Mrs Silvers. Female - 5-4-5-3. (30's - 40's) Thin. Long black hair. (Asian - Looks 14 years old.)

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/25/2004
_____ Date

Signature of Server

Rafael R. Hidalgo
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.