UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80954-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.,
   Plaintiff,

vs.

STEVEN A. SILVERS,
   Defendant.
_____/



FILED by _____ D.C.
NOV - 5 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

ORDER DENYING PLAINTIFF'S REQUEST FOR EMERGENCY RELIEF &
REFERRING MOTION FOR PRELIMINARY INJUNCTION TO MAGISTRATE
JUDGE JAMES HOPKINS FOR REPORT & RECOMMENDATION

THIS CAUSE is before the court upon the plaintiff's emergency motion for preliminary injunction filed October 25, 2004 [DE# 3]. Having reviewed the motion and concluded that this matter is not a true "emergency" requiring the Court to reorder its priorities to determine the matter without delay, it is **ORDERED AND ADJUDGED**:

1. Plaintiff's request for emergency relief is **DENIED.**

2. In accordance with the Magistrate Act, 28 U.S.C. §§ 631-39, and Federal Rule of Civil Procedure 72, plaintiff's motion for preliminary injunction [DE# 3] is **REFERRED** to United States Magistrate Judge James Hopkins for a report and recommendation. The parties shall send a copy of all pleadings and papers pertaining to this motion directly to Magistrate Judge Hopkins in addition to filing them with the Clerk of Court.

1

Dockets.Justia.com

3. Defendant's motion to strike "emergency" label from plaintiff's motion for preliminary injunction filed November 2, 2004 [DE# 8] is **DENIED as MOOT.**

4. Defendant's motion to enlarge time to respond to plaintiff's motion for preliminary injunction filed November 2, 2004 [DE # 7] is **GRANTED**, and defendant shall file his response to the motion on or before December 10, 2004.

5. The parties may pursue discovery directed to matters raised by the motion for preliminary injunction up through December 3, 2004.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this ____ day of November, 2004.

Daniel T. K. Hurley
United States District Judge

copy to:

United States Magistrate Judge James Hopkins
Gail M. McQuilkin, Esq.
Stanley A. Beiley, Esq.
Laurence R. Hefter, Esq.

For updated court information, visit unofficial Web site at http://us.geocities.com/uscts