FILED by SW D.C.

ELECTRONIC

Nov 24 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STELOR PRODUCTIONS, INC.,
a Delaware corporation,

      CASE NO. 04-80954-CIV-HURLEY

    Plaintiff,

      Magistrate Judge James M. Hopkins

v.

STEVEN A. SILVERS,
a resident of Palm Beach County, Florida

    Defendant.
_____

### RE-NOTICE OF VIDEOTAPED DEPOSITION OF STEVEN ESRIG

PLEASE TAKE NOTICE that the undersigned law firm will take the deposition of the below-named person/entity on the date and at the hour indicated.

| | |
|---|---|
| Name: | **STEVEN ESRIG** |
| Date & Time: | **Tuesday, November 30, 2004 at 9:30 a.m.** |
| Location: | **Kozyak Tropin & Throckmorton, P.A.**<br>**2525 Ponce de Leon, 9th Floor**<br>**Coral Gables, Florida  33134** |

The oral examination will be recorded before Esquire Court Reporting and/or any other officer authorized to take depositions in the State of Florida.  The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

Respectfully submitted this 24th day of November, 2004.

                                              s/ Gail A. McQuilkin
                                    Gail A. McQuilkin  (FBN: 969338)
                                    Kenneth R. Hartmann  (FBN: 664286)
                                    KOZYAK TROPIN & THROCKMORTON, P.A.
                                    2525 Ponce de Leon, 9th Floor
                                    Coral Gables, Florida 33134
                                    T: 305-372-1800 / F: 305-372-3508

===================================================================

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this 24th day of November, 2004, via facsimile and first class mail on the following:

Stanley A. Beiley
Sacher Zelman Van Sant Paul Beiley Hartman Rolnick & Waldman, PA
1401 Brickell Avenue, Suite 700, Miami, FL 33131
Fax: 305-374-2605

Laurence R. Hefter
Finnegan Henderson Farabow Garrett & Dunner, LLP
1300 I Street, NW, Washington, DC 20005
Fax: 202-408-4400

                                                s/ Gail A. McQuilkin

3339/101/246826.1