UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80954-CIV-HURLEY

STELOR PRODUCTIONS, INC.,
    Plaintiff

vs

STEVEN A SILVERS,
    Defendant.
_____/



### ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

**THIS CAUSE** is before the court upon the plaintiff's motion to reconsider and vacate the November 4, 2004 order denying emergency relief in connection with request for preliminary injunction. [DE # 116]. Having considered the motion, it is hereby

**ORDERED AND ADJUDGED**:

1. The plaintiff's motion to reconsider and vacate the November 4, 2004 order denying emergency relief in connection with pending motion for preliminary injunction is **DENIED**.

2. Magistrate Judge James Hopkins, to whom the motion for preliminary injunction was previously referred, is respectfully requested to schedule hearing upon the pending motion for preliminary injunction at his earliest convenience.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 30th day of November, 2004.

Daniel T. K. Hurley
United States District Judge

cc.
Magistrate Judge James Hopkins
Stanley Beiley, Esq.
Lawrence Hefter, Esq.
Gail McGuilkin, Esq.