UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80954-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.

    Plaintiff(s),

vs.

STEVEN A. SILVERS,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF COMPLIANCE
WITH ORDER OF NOVEMBER 18, 2004**

I DO CERTIFY that on November 30, 2004 I served by U.S. mail this Court's Order of November 18, 2004 styled **Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery to United States Magistrate Judge** on Defendants' Attorneys Kenneth R. Hartmann, Esq. and Gail M. McQuilkin, Esq. at Kozyak Tropin & Throckmorton, P.A., 2525 Ponce de Leon, 9th Floor, Coral Gables, FL 33134 and Adam T. Rabin, Esq., Dimond, Kaplan & Rothstein, P.A., 200 S.E. First Street, Suite 708, Miami, FL 33131 and also served by U.S. mail on December 1, 2004 a copy of this Notice on said attorneys.

                    Stanley A. Beiley, Esq.
                    Florida Bar No. 004848
                    Attorney for the Plaintiff Stelor Productions
                    SACHER, ZELMAN, VAN SANT, PAUL
                    BEILEY, HARTMAN, ROLNICK & WALDMAN
                    1401 Brickell Avenue, Suite 700
                    Miami, Florida 33131
                    Phone:  (305) 371-8797
                    Fax:  (305) 374-2605