UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED
ELECTRONIC
Dec 9 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

STELOR PRODUCTIONS, INC.,
a Delaware corporation,

        Plaintiff,

v.

STEVEN A. SILVERS,
a resident of Palm Beach County, Florida

        Defendant.

_____

CASE NO. 04-80954-CIV-HURLEY

Magistrate Judge James M. Hopkins

# SECOND RE-NOTICE OF VIDEOTAPED DEPOSITION OF STEVEN ESRIG

PLEASE TAKE NOTICE that the undersigned law firm will take the deposition of the below-named person/entity on the date and at the hour indicated.

| | |
|---|---|
| Name: | **STEVEN ESRIG** |
| Date & Time: | **Monday, December 13, 2004 at 9:30 a.m.** |
| Location: | **Kozyak Tropin & Throckmorton, P.A.**<br>**2525 Ponce de Leon, 9th Floor**<br>**Coral Gables, Florida 33134** |

The oral examination will be recorded before Esquire Court Reporting and/or any other officer authorized to take depositions in the State of Florida. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

Respectfully submitted this 9th day of December, 2004.

                            s/ Gail A. McQuilkin
                            Gail A. McQuilkin (FBN: 969338)
                            Kenneth R. Hartmann (FBN: 664286)
                            KOZYAK TROPIN & THROCKMORTON, P.A.
                            2525 Ponce de Leon, 9th Floor
                            Coral Gables, Florida 33134
                            T: 305-372-1800 / F: 305-372-3508

===============================================================

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this 9th day of December, 2004, via facsimile and first class mail on the following:

Stanley A. Beiley
Sacher Zelman Van Sant Paul Beiley Hartman Rolnick & Waldman, PA
1401 Brickell Avenue, Suite 700, Miami, FL 33131
Fax: 305-374-2605

Laurence R. Hefter
Finnegan Henderson Farabow Garrett & Dunner, LLP
1300 I Street, NW, Washington, DC 20005
Fax: 202-408-4400

                                                  s/ Gail A. McQuilkin

3339/101/247287.1

Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor ■ Coral Gables, Florida 33134 ■ 305-372-1800