UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80954-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.,
    Plaintiff,

vs.

STEVEN A. SILVERS,
    Defendant.

_____

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S
ORDER SETTING TRIAL DATE & DISCOVERY DEADLINES,
REFERRING CASE TO MEDIATION & REFERRING
<u>DISCOVERY TO UNITED STATES MAGISTRATE JUDGE</u>**

In accordance with the Court's Order of November 18, 2004 ("Order"), which was received on November 29, 2004, Plaintiff hereby states that it served a copy of this Order upon counsel for the Defendant, Gail A. McQuilkin, Esq. and Kenneth R. Hartmann, Esq. of Kozyak, Tropin via facsimile on November 29, 2004.

Dated: 12/3/2004

Respectfully submitted,

_____
Laurence R. Hefter
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
1300 I Street, N.W.
Washington, DC 20005-3315
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Plaintiff,
STELOR PRODUCTIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing, **PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER SETTING TRIAL DATE & DISCOVERY DEADLINES, REFERRING CASE TO MEDIATION & REFERRING DISCOVERY TO UNITED STATES MAGISTRATE JUDGE,** was served on counsel for Steven A. Silvers, on the 3rd day of December, 2004, as follows:

### VIA FACSIMILE:

Gail M. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2335
Telephone: (305) 372.1800
Facsimile:  (305) 372.3508

By: *Dinah C Davis*
Dinah C. Davis