UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

STELOR PRODUCTIONS, INC.            CASE NO. 04-80954-HURLEY/HOPKINS

    Plaintiff/Counter-Defendant,

STEVEN A. SILVERS,

    Defendant/Counter-Plaintiff.
_____/

### ORDER GRANTING ENLARGEMENT OF TIME

THIS CAUSE came before the Court upon the AGREED MOTION FOR ENLARGEMENT OF TIME filed by Steven A. Silvers ("Defendant"). The Court having reviewed the AGREED MOTION FOR ENLARGEMENT OF TIME, all other necessary portions of the file and being otherwise fully informed, and the parties being in agreement, it is hereby

ORDERED that:

1. Defendant's AGREED MOTION FOR ENLARGEMENT OF TIME is hereby **GRANTED**.

2. The Parties shall have through and including December 17, 2004 in which to engage in discovery regarding Plaintiff's MOTION FOR PRELIMINARY INJUNCTION.

3. Further, the Defendant shall have through and including December 24, 2004 to serve a response to the Plaintiff's MOTION FOR PRELIMINARY INJUNCTION.

DONE AND ORDERED in Chambers in West Palm Beach, Palm Beach County, Florida this 8 day of December, 2004.

cc: Adam T. Rabin, Esq.
    Stanley A. Beiley, Esq
    Laurence R. Hefter Esq.

Dockets.Justia.com