UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

STELOR PRODUCTIONS, INC.          CASE NO. 04-80954-HURLEY/HOPKINS

    Plaintiff/Counter-Defendant,

v.

STEVEN A. SILVERS,

    Defendant/Counter-Plaintiff.
_____/

### AMENDED UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Steven A. Silvers, Defendant and Counter-Plaintiff ("Defendant"), files this AMENDED UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, and requests an enlargement of time such that (a) the discovery cut-off deadline would be extended through and including December 15, 2004;(b) the Defendant would have through and including December 20, 2004 to respond to Plaintiff/Counter-Defendant Stelor Productions, Inc.'s (the "Plaintiff") MOTION FOR PRELIMINARY INJUNCTION (the "MOTION"); and (c) Plaintiff would have through and including December 24, 2004 to serve a reply in support of the MOTION (collectively, the "Schedule"). In support, Defendant states as follows:

1.    The parties have agreed to the Schedule for discovery and briefing relating to the MOTION.

2.    To avoid any issues between the parties regarding scheduling, and so that the Motion will be fully briefed before the year-end holidays, the parties have agreed to the Schedule and Defendant asks that the Court enter an Order approving it.

3.    No party will be prejudiced by the Schedule, nor is it made for purposes of delay.

1

DIMOND KAPLAN & ROTHSTEIN, P.A., 200 S.E. 1ST STREET, SUITE 708, MIAMI, FL 33131 • TEL. (305) 374-1920 FAX (305) 374-1961

Dockets.Justia.com

previously-filed Agreed Motion for Enlargement of Time.

  5.  The parties' counsel have conferred and agree to the relief sought in this Amended Unopposed Motion.

  Accordingly, Defendant respectfully requests that this Court enter an Order adopting the Schedule.

Respectfully submitted,

| | |
|---|---|
| Dimond Kaplan & Rothstein, P.A. | Kozyak Tropin & Throckmorton, P.A. |
| Counsel for Defendant/Counter-Plaintiff | Co-counsel for Defendant/Counter-Plaintiff |
| 200 S.E. 1st Street, Suite 708 | 2525 Ponce de Leon Blvd., 9th Floor |
| Miami, Florida 33131 | Coral Gables, Florida 33134 |
| Telephone: 305-374-1920 | Telephone: (305) 372-1800 |
| Facsimile: 305-374-1961 | Facsimile: (305) 372-3508 |

By: _____
  Adam T. Rabin
  Florida Bar No. 985635
  Lorenz Michel Prüss
  Florida Bar No.: 581305

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document titled: AMENDED UNOPPOSED MOTION FOR ENLARGEMENT OF TIME has been furnished by facsimile and U.S. Mail this ____ day of December, 2004 to: Stanley A. Beiley, Esq., Sacher, Zelman, Van Sant, Paul, Beiley, Hartman, Rolnick & Waldman, P.A., 1401 Brickell Avenue, Suite 700, Miami, Florida 33131; and Laurence R. Hefter, Esq., Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 1300 I Street, N.W., Washington, D.C. 20005-3315.

By: _____
  Lorenz Michel Prüss