FILED by ___ D.C.
ELECTRONIC

**Dec 14 2004**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80954-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.

Plaintiff(s),

vs.

STEVEN A. SILVERS,

Defendant.

_____/

## NOTICE OF AND MOTION FOR
## SUBSTITUTION OF PLAINTIFF'S COUNSEL

Plaintiff, Stelor Productions, Inc., consents to a substitution of its representation by counsel of record in this case, and undersigned counsel stipulate and agree to, the substitution of Yano Rubinstein, Esq., of Summers Rubinstein, P.C., in place of Laurence R. Hefter, Esq. Of Finnegan Henderson Farabow Garrett & Dunner, LLP as counsel for Plaintiff. Plaintiff requests that, as of this date, all further pleadings, correspondence and other communications to Plaintiff, be directed to Yano Rubinstein, Esq. of the law firm of Summers Rubinstein P.C. at the address below. The Court is requested to enter the attached order approving same.

Yano Rubinstein, Esq.
SUMMERS RUBINSTEIN P.C.
580 California Street, 16th Floor
San Francisco, CA 94104
Phone: (415) 439-4816
Fax: (415) 651-9853

Laurence R. Hefter, Esq.
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
1300 I Street, NW
Washington, DC 20005
Phone: (202) 408-4000
Fax: (202) 408-4400

BACHER, ZLLMAN, VAN SANT, PAUL, DEILEY, HARTMAN, ROLNICK & WALDMAN, P.A · ATTORNEYS, 1401 BRICKELL AVE., STE 700, MIAMI, FL 33131 · (305) 371-8797

CASE NO. 04-80954-CIV-HURLEY/HOPKINS

Stelor Productions, Inc. Consents to the foregoing substitution.

Stelor Productions, Inc.

By _____

Name: _____STEVEN A. ESRIG_____

Title: _____CEO / President_____

Of Counsel:
Stanley A. Beiley, Esq.
Florida Bar No. 004848
SACHER, ZELMAN, VAN SANT, PAUL,
BEILEY, HARTMAN, ROLNICK & WALDMAN
1401 Brickell Avenue, Suite 700
Miami, Florida 33131
Phone: (305) 371-8797
Fax: (305) 374-2605

2

SACHER, ZELMAN, VAN SANT, PAUL, BEILEY, HARTMAN, ROLNICK & WALDMAN, P.A. ATTORNEYS, 1401 BRICKELL AVE., STE 700, MIAMI, FL 33131 - (305) 371-8797

2 of 5

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail this _13th_ day of December, 2004, and by facsimile mail on December 14, 2004 to: Kenneth R. Hartmann, Esq., Gail M. McQuilkin, Esq., Kozyak Tropin & Throckmorton, P.A., Counsel for Defendant/Counter-Plaintiff, 2525 Ponce de Leon Blvd., 9th Fl., Coral Gables, FL 33134 and Adam T. Rabin, Esq., Dimond, Kaplan & Rothstein, P.A., Co-Counsel for Defendant/Counter-Plaintiff, 200 S.E. First St., Suite 709 Miami, FL 33131.

SACHER, ZELMAN, VAN SANT,
  PAUL, BEILEY, HARTMAN,
  ROLNICK & WALDMAN, P.A.
Attorneys for Plaintiff/Counter-Defendant
1401 Brickell Ave., Suite 700
Miami, FL 33131
Telephone:   (305) 371-8797
Facsimile:    (305) 374-2605

By: _____
STANLEY A. BEILEY
Florida Bar No. 004848
CHRISTOPHER BOPST
Florida Bar No. 0144114

3
SACHER, ZELMAN, VAN SANT, PAUL, BEILEY, HARTMAN, ROLNICK & WALDMAN, P.A., ATTORNEYS, 1401 BRICKELL AVE., STE 700, MIAMI, FL 33131 · (305) 371-8797

3 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80954-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.

       Plaintiff(s),

vs.

STEVEN A. SILVERS,

       Defendant.

_____/

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNEL

**THIS CAUSE** having come before the Court upon the Notice of and Motion for Substitution of Plaintiff's Counsel filed by Plaintiff Stelor Productions, Inc.  The Court having reviewed the file, and, being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.      The Motion for Substitution is **GRANTED.**

2.      Laurence R. Hefter, Esq. and the law firm of Finnegan Henderson Farabow Garrett & Dunner, LLP are relieved of any further responsibility with respect to Plaintiff in this matter.

3.      Yano Rubinstein, Esq., and the law firm of Summers Rubinstein P.C. shall serve as counsel for Plaintiff in this matter, and all future pleadings, correspondence, notices and other papers to be served upon Plaintiff in this matter shall be addressed to Yano Rubinstein, Esq. of the law firm of Summers Rubinstein P.C., 580 California Street, 16th Floor, San Francisco, CA 94104.

CASE NO. 04-80954-CIV-HURLEY/HOPKINS

**DONE AND ORDERED** in Dade County, Florida, this ____ day of December, 2004.

_____

Daniel T. K. Hurley
United States District Judge

cc:    Magistrate Judge James Hopkins
Stanley Beiley, Esq.
Lawrence Hefter, Esq.
Gail McGuilkin, Esq.
Yano Rubinstein, Esq.
Adam T. Rabin, Esq.

2