

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

STELOR PRODUCTIONS, INC.          CASE NO. 04-80954-HURLEY/HOPKINS

    Plaintiff/Counter-Defendant,

STEVEN A. SILVERS,

    Defendant/Counter-Plaintiff.
_____/

### NOTICE OF APPEARANCE

The law firm of Dimond Kaplan & Rothstein, P.A., hereby enters its appearance as co-counsel for Defendant and Counter-Plaintiff Steven A. Silvers ("Silvers"). A copy of all future pleadings and correspondence in this matter should be sent to the undersigned counsel.

                Respectfully submitted,

                Dimond Kaplan & Rothstein, P.A.
                200 S.E. 1st Street, Suite 708
                Miami, Florida 33131
                Telephone:   (305) 374-1920
                Facsimile:    (305) 374-1961

By: _____
        Adam T. Rabin
        Florida Bar No. 985635

Kozyak, Tropin & Throckmorton, P.A.
Co-counsel for Silvers
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone:   (305) 372-1800
Facsimile:    (305) 372-3508

DIMOND KAPLAN & ROTHSTEIN, P.A., 200 S.E. 1ST STREET, SUITE 708, MIAMI, FL 33131 • TEL. (305) 374-1920   FAX (305) 374-1961

dockets.Justia.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Appearance has been furnished by U.S. Mail this \_\_10\_\_ day of December, 2004 to: Stanley A. Beiley, Esq., Sacher, Zelman, Van Sant, Paul, Beiley, Hartman, Rolnick & Waldman, P.A., 1401 Brickell Avenue, Suite 700, Miami, Florida 33131; and Laurence R. Hefter, Esq., Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 1300 I Street, N.W., Washington, D.C. 20005-3315.

By: _____
Adam T. Rabin
Florida Bar No. 985635