UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

STELOR PRODUCTIONS, INC. CASE NO. 04-80954-HURLEY/HOPKINS

 Plaintiff/Counter-Defendant,

v.

STEVEN A. SILVERS,

 Defendant/Counter-Plaintiff.
_____/

### ORDER GRANTING ENLARGEMENT OF TIME

THIS CAUSE came before the Court upon the AMENDED UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (the "MOTION") filed by Steven A. Silvers ("Defendant"). The Court having reviewed the MOTION, all other necessary portions of the file and being otherwise fully informed, and the parties being in agreement, it is hereby

ORDERED that:

1. Defendant's MOTION is hereby **GRANTED**.

2. The Parties shall have through and including December 15, 2004 in which to engage in discovery regarding Plaintiff's MOTION FOR PRELIMINARY INJUNCTION.

3. The Defendant shall have through and including December 20, 2004 to serve a response to the Plaintiff's MOTION FOR PRELIMINARY INJUNCTION.

4. The Plaintiff shall have through and including December 24, 2004 to serve a reply in support of its MOTION FOR PRELIMINARY INJUNCTION.

DONE AND ORDERED in Chambers in West Palm Beach, Palm Beach County, Florida this 14th day of December, 2004.

_____
U.S. Magistrate Judge Hopkins

cc: Gail McQuilkin, Esq.
Adam T. Rabin, Esq.
Stanley A. Beiley, Esq
Laurence R. Hefter Esq.