

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-80954-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.,
a Delaware corporation,
    Plaintiff,

v.

STEVEN A. SILVERS, a resident of
Palm Beach County, Florida
    Defendant.
_____/

## MOTION TO APPEAR PRO HAC VICE

    In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Yano L. Rubinstein, of the law firm Summers Rubinstein, P.C. 580 California Street, San Francisco, California 94104; (415) 439-4816 for the purposes of appearing as co-counsel on behalf of Stelor Productions, Inc. herein, in the above-captioned case only.

    Yano L. Rubinstein certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the California State Bar, The Northern District of California. Attached hereto is a certificate of good standing from the Clerk of the United States District Court for The Northern District of California.

    In further support of this motion, it is hereby designated that Stanley Beiley, Esq. is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Sacher, Zelman, Van Sant, Paul, Beiley, Hartman, Rolnick & Waldman, P.A. 1401 Brickell Avenue, Suite 700 Miami, Florida 33131 acts as local counsel in this matter on behalf of Stelor Productions, Inc.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: December 10, 2004

_____
Stanley Beiley, Esq.

Executed under penalty of perjury on the 9th day of December, 2004 at San Francisco, California.

Respectfully submitted,

_____
Yano L. Rubinstein, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via facsimile mail this 10 day of December, 2004, To:

Gail McQuilkin, Esq.
Kozyak, Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134

For: _____
Yano L. Rubinstein, Esq.

# Certificate of Good Standing

United States District Court      )
                                  ) ss.
Northern District of California   )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Yana L. Rubinstein, Bar No. 214277** was duly admitted to practice in said Court on **September 7, 2001**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on **December 2, 2004**

_____
Richard W. Wieking
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-80954-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.,
a Delaware corporation,
    Plaintiff,

v.

STEVEN A. SILVERS, a resident of
Palm Beach County, Florida
    Defendant.
_____/

ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

    This cause has come before the Court upon the application of Yano L. Rubinstein, Esq., counsel for Stelor Productions, Inc., for the permission to appear and participate pro hac vice in the above-captioned case. Being fully advised, the Court

    ORDERS, ADJUDGES AND DECREES that said motion be, and the same is hereby GRANTED.

    DONE and ORDERED in chambers at the United States District Courthouse, _____, Florida, this ___ day of December, 2004.


Magistrate Judge _____
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    G. McQuilkin, Esq.
       Adam T. Rabin, Esq.
       Stanley A. Beiley, Esq.