UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80954-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.,

        Plaintiff,

vs.

STEVEN A. SILVERS,

        Defendant,
_____/

### NOTICE OF FILING DECLARATION OF STEVEN A. ESRIG

PLEASE TAKE NOTICE that Plaintiff, by and through undersigned counsel, hereby files the Declaration of Steven A. Esrig.

RESPECTFULLY SUBMITTED,

Yano L. Rubinstein, Esq.
Summers Rubinstein
580 California Street
Suite 1600
San Francisco, CA 94104
Telephone: (415) 439-4816
Facsimile: (415) 651-9853

-and-

BURLINGTON, WEIL, SCHWIEP,
KAPLAN, & BLONSKY, P.A.
2699 South Bayshore Drive
Penthouse
Miami, Florida 33133
Telephone: (305) 858-2900
Fax: (305) 858-5261

By: _____
KEVIN C. KAPLAN
Fla. Bar No. 933848

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BWSKB.COM   WWW.BWSKB.COM

dockets.Justia.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served by facsimile on December 14, 2004 and by U.S. Mail on December 15, 2004 to:

| | |
|---|---|
| Gail A. McQuilkin, Esq. | Adam Rabin, Esq. |
| Kozyak Tropin & Throckmorton, P.A. | Dimond, Kaplan & Rothstein, P.A. |
| 2525 Ponce de Leon | Trump Plaza, Suite 200 |
| 9th Floor | 525 South Flagler Drive |
| Miami, Florida 33134 | West Palm Beach, FL 33401 |

_____
Kevin C. Kaplan

2

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80954 -CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.,
    Plaintiff,

vs.

STEVEN A. SILVERS
    Defendant.

_____

## DECLARATION OF STEVEN A. ESRIG

I, Steven A. Esrig, hereby declare as follows:

1. I am the President and CEO of Stelor Productions, Inc. ("Stelor"). I have been employed by Stelor since its inception, and I have held my current position for more than two years. The facts stated herein are based upon my own personal knowledge and belief.

2. On December 13, 2004, I was deposed by Defendant subject to the court's order ordering discovery relative to the above-captioned case.

3. I was defended throughout the deposition by Stelor Productions' attorney, Mr. Yano Rubinstein.

4. At the conclusion of the deposition, Mr. Rubinstein spoke to Defendant's counsel, Ms. Gail McQuilken to coordinate the deposition of the defendant. Mr. Steven A. Silvers.

5. During Mr. Rubinstein's conversation with Ms. McQuilken, Mr. Rubinstein stated he would be taking the deposition on December 14, 2004, at 9:30 AM. He stated

that he would have an associate from his San Francisco office present and requested that adequate space be provided for the additional person.

6. Mr. Rubinstein spoke to co-counsel for defendant, Mr. Adam Rabin, Esq., discussing whether or not tomorrow's deposition would occur at 11:00 a.m. or 9:30 a.m.. Mr. Rubinstein informed Mr. Rabin that he would be conducting the deposition at 9:30 a.m.

7. Ms. McQuilken stated that the deposition would take place in a conference room that would be "cozy," and acknowledged that she would see Mr. Rubinstein on December 14, 2004 for the Defendant's deposition.

8. On December 9, 2004 I received an email from my former counsel (attached hereto as Exhibit "A"), Larry Hefter of Finnegan Henderson advising Ms. McQuilken that Mr. Rubinstein would be defending and taking the depositions on December 13, 2004 and December 14, 2004, consecutively. Ms. McQuilken responded to Mr. Hefter's email later that evening acknowledging that she was aware that Mr. Rubinstein would be handling both depositions.

9. I am informed and believe that on December 14, 2004 Sacher, Zelman, P.A., counsel retained by Stelor, served a Re-Notice of Deposition of Steven A. Silvers on Ms. McQuilkin (Attached hereto as Exhibit "B").

10. I am informed and believe that on December 13, 2004 Sacher, Zelman, P.A. filed a Substitution of Counsel, inserting Yano L. Rubinstein, Esq. of Summers Rubinstein, P.C. as counsel of record for Stelor in the above-captioned matter (Attached hereto as Exhibit "C").

11. I am informed and believe that on December 14, 2004 Sacher, Zelman, P.A., filed a Motion for the Pro Hac Vice admission of Yano L. Rubinstein, Esq. (Attached hereto as Exhibit "D").

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge, information and belief.

Steven A. Esrig

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing, **DECLARATION OF STEVE ESRIG,** was served on the party, Steven A. Silvers, through his attorney of record on this the 14th day of December, 2004 as follows:

**VIA FACSIMILE:**

Gail M. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372.1800
Facsimile:  (305) 372.3508

By:_____
Trevor A. Caudle

# Exhibit A

```
Subject: Fw: Stelor v. Silvers
Date: Thursday, December 9, 2004 7:58 PM
From: Larry Hefter <larry.hefter@finnegan.com>
To: <sesrig@stelorproductions.com>
Cc: <Robert.litowitz@finnegan.com>
```

See attached. Sounds like there may not be a problem.
--------------------------
Sent from my BlackBerry Wireless Handheld


```
-----Original Message-----
From: GAIL A MCQUILKIN <gam@kttlaw.com>
To: Larry Hefter <larry.hefter@finnegan.com>
Sent: Thu Dec 09 19:25:18 2004
Subject: Re: Stelor v. Silvers
```

What!!! Why bring someone all the way from California? It won't be any fun, we love you guys!  Tell Esrig we demand a reconsideration.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

>>> "Larry Hefter" <larry.hefter@finnegan.com> 12/09/04 07:14PM >>>
Dear Gail:

This is to confirm my telephone message of December 9, 2004 advising you that Finnegan Henderson will not be defending Mr. Esrig at his deposition or taking the deposition of Mr. Silvers. Both of the depositions will be handled by Yano Rubinstein.



Laurence R. Hefter
Finnegan Henderson Farabow
  Garrett & Dunner, L.L.P.
1300 I Street, NW
Washington, DC  20005
202-408-4053

NOTICE:  This e-mail is sent by a law firm and may contain information that is confidential, protected, or privileged.  If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80954-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.

    Plaintiff(s),

vs.

STEVEN A. SILVERS,

    Defendant.

_____/

## RE-NOTICE OF DEPOSITION OF STEVEN A. SILVERS

PLEASE TAKE NOTICE that on Wednesday, December 14, 2004, Stelor Productions, Inc. will take the depositioin by oral examination of Steven A. Silvers, beginning at 9:30 a.m. at the Offices of Kozyak, Tropin & Throckmorton, P.A., 2525 Ponce de Leon, 9th Floor, Coral Gables, Florida 33134 (Tel. No. 305-372-1800). As agreed by the parties, this deposition is in lieu of the deposition previously noticed for December 1, 2004. The deposition will continue from day to day thereafter until completed. Some or all of the deposition may be recorded by stenographic, audiophonic and/or audiovisual means. You are invited to attend and cross examine.

                              Respectfully submitted,

                              _/s/ Joseph A. Sacher FBN: 0174920 for Stanley A. Beiley, Esq._
                              Stanley A. Beiley, Esq.
                              Florida Bar No. 004848
                              Attorney for Plaintiff Stelor Productions
                              SACHER, ZELMAN, VAN SANT, PAUL,
                              BEILEY, HARTMAN, ROLNICK & WALDMAN
                              1401 Brickell Avenue, Suite 700
                              Miami, Florida 33131
                              Phone: (305) 371-8797
                              Fax: (305) 374-2605

# Exhibit C

FILED by _EG_ D.C.
ELECTRONIC

Dec 14 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80954-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.

    Plaintiff(s),

vs.

STEVEN A. SILVERS,

    Defendant,

_____/

### NOTICE OF AND MOTION FOR
### SUBSTITUTION OF PLAINTIFF'S COUNSEL

Plaintiff, Stelor Productions, Inc., consents to a substitution of its representation by counsel of record in this case, and undersigned counsel stipulate and agree to, the substitution of Yano Rubinstein, Esq., of Summers Rubinstein, P.C., in place of Laurence R. Hefter, Esq. Of Finnegan Henderson Farabow Garrett & Dunner, LLP as counsel for Plaintiff. Plaintiff requests that, as of this date, all further pleadings, correspondence and other communications to Plaintiff be directed to Yano Rubinstein, Esq. of the law firm of Summers Rubinstein P.C. at the address below. The Court is requested to enter the attached order approving same.

_____          _____
Yano Rubinstein, Esq.              Laurence R. Hefter, Esq.
SUMMERS RUBINSTEIN P.C.            FINNEGAN HENDERSON FARABOW
580 California Street, 16th Floor  GARRETT & DUNNER, LLP
San Francisco, CA 94104            1300 I Street, NW
Phone: (415) 439-4816              Washington, DC 20005
Fax: (415) 651-9853                Phone: (202) 408-4000
                                   Fax: (202) 408-4400

SACHER, ZELMAN, VAN SANT, PAUL, BEILEY, HARTMAN, ROLNICK & WALDMAN, P.A. ATTORNEYS, 1401 BRICKELL AVE., STE 700, MIAMI, FL 33131 - (305) 371-8797

1 of 5

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail this __13th__ day of December, 2004, and by facsimile mail on December 14, 2004 to: Kenneth R. Hartmann, Esq., Gail M. McQuillkin, Esq., Kozyak Tropin & Throckmorton, P.A., Counsel for Defendant/Counter-Plaintiff, 2525 Ponce de Leon Blvd., 9th Fl., Coral Gables, FL 33134 and Adam T. Rabin, Esq., Dimond, Kaplan & Rothstein, P.A., Co-Counsel for Defendant/Counter-Plaintiff, 200 S.E. First St., Suite 709 Miami, FL 33131.

        SACHER, ZELMAN, VAN SANT,
        PAUL, BEILEY, HARTMAN,
        ROLNICK & WALDMAN, P.A.
Attorneys for Plaintiff/Counter-Defendant
1401 Brickell Ave., Suite 700
Miami, FL 33131
Telephone: (305) 371-8797
Facsimile: (305) 374-2605

By: _____
STANLEY A. BEILEY
Florida Bar No. 004848
CHRISTOPHER BOPST
Florida Bar No. 0144114

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80954-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.

    Plaintiff(s),

vs.

STEVEN A. SILVERS,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNEL

THIS CAUSE having come before the Court upon the Notice of and Motion for Substitution of Plaintiff's Counsel filed by Plaintiff Stelor Productions, Inc. The Court having reviewed the file, and, being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion for Substitution is **GRANTED**.

2. Laurence R. Hefter, Esq. and the law firm of Finnegan Henderson Farabow Garrett & Dunner, LLP are relieved of any further responsibility with respect to Plaintiff in this matter.

3. Yano Rubinstein, Esq., and the law firm of Summers Rubinstein P.C. shall serve as counsel for Plaintiff in this matter, and all future pleadings, correspondence, notices and other papers to be served upon Plaintiff in this matter shall be addressed to Yano Rubinstein, Esq. of the law firm of Summers Rubinstein P.C., 580 California Street, 16th Floor, San Francisco, CA 94104.

CASE NO. 04-80954-CIV-HURLEY/HOPKINS

**DONE AND ORDERED** in Dade County, Florida, this ____ day of December, 2004.

_____
Daniel T. K. Hurley
United States District Judge

cc: Magistrate Judge James Hopkins
Stanley Beiley, Esq.
Lawrence Hefter, Esq.
Gail McGuilkin, Esq.
Yano Rubinstein, Esq.
Adam T. Rabin, Esq.

2

# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-80954-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.,
a Delaware corporation,
    Plaintiff,

v.

STEVEN A. SILVERS, a resident of
Palm Beach County, Florida
    Defendant.
_____/

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Yano L. Rubinstein, of the law firm Summers Rubinstein, P.C. 580 California Street, San Francisco, California 94104; (415) 439-4816 for the purposes of appearing as co-counsel on behalf of Stelor Productions, Inc. herein, in the above-captioned case only.

Yano L. Rubinstein certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the California State Bar, The Northern District of California. Attached hereto is a certificate of good standing from the Clerk of the United States District Court for The Northern District of California.

In further support of this motion, it is hereby designated that Stanley Beiley, Esq. is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Sacher, Zelman, Van Sant, Paul, Beiley, Hartman, Rolnick & Waldman, P.A. 1401 Brickell Avenue, Suite 700 Miami, Florida 33131 acts as local counsel in this matter on behalf of Stelor Productions, Inc.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: December 10, 2004

*Stanley A. Beiley*
Stanley Beiley, Esq.

Executed under penalty of perjury on the 9th day of December, 2004 at San Francisco, California.

Respectfully submitted,

_____
Yano L. Rubinstein, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via ~~mail~~ facsimile this 10 day of DECEMBER, 2004, TO:

Gail McQuilkin, Esq.
Kozyak, Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134

FOR: *Stanley A. Beiley*
Yano L. Rubinstein, Esq.