UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-80954-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.,
a Delaware corporation,
    Plaintiff,

v.

STEVEN A. SILVERS, a resident of
Palm Beach County, Florida
    Defendant.
_____/

ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

    This cause has come before the Court upon the application of Yano L. Rubinstein, Esq., counsel for Stelor Productions, Inc., for the permission to appear and participate pro hac vice in the above-captioned case. Being fully advised, the Court

    ORDERS, ADJUDGES AND DECREES that said motion be, and the same is hereby GRANTED.

    DONE and ORDERED in chambers at the United States District Courthouse, West Palm Beach, Florida, this 15th day of December, 2004.

Magistrate Judge
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    G. McQuilkin, Esq.
        Adam T. Rabin, Esq.
        Stanley A. Beiley, Esq.