UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80954-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.

    Plaintiff(s),

vs.
STEVEN A. SILVERS,

    Defendant.

_____/



### ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNEL

**THIS CAUSE** having come before the Court upon the Notice of and Motion for Substitution of Plaintiff's Counsel filed by Plaintiff Stelor Productions, Inc. The Court having reviewed the file, and, being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The Motion for Substitution is **GRANTED**.

2.    Laurence R. Hefter, Esq. and the law firm of Finnegan Henderson Farabow Garrett & Dunner, LLP are relieved of any further responsibility with respect to Plaintiff in this matter.

3.    Yano Rubinstein, Esq., and the law firm of Summers Rubinstein P.C. shall serve as counsel for Plaintiff in this matter, and all future pleadings, correspondence, notices and other papers to be served upon Plaintiff in this matter shall be addressed to Yano Rubinstein, Esq. of the law firm of Summers Rubinstein P.C., 580 California Street, 16th Floor, San Francisco, CA 94104.

4 of 5

Dockets.Justia.com

CASE NO. 04-80954-CIV-HURLEY/HOPKINS

DONE AND ORDERED in ~~Dade County~~ West Palm Beach fl, Florida, this 16 day of December, 2004.

*Daniel T. K. Hurley*
Daniel T. K. Hurley
United States District Judge

cc: Magistrate Judge James Hopkins
Stanley Beiley, Esq.
Lawrence Hefter, Esq.
Gail McGuilkin, Esq.
Yano Rubinstein, Esq.
Adam T. Rabin, Esq.

2