UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80954-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.,

        Plaintiff,

vs.

STEVEN A. SILVERS,

        Defendant,
_____/

### NOTICE OF FILING DECLARATION OF STEVEN A. ESRIG

PLEASE TAKE NOTICE that Plaintiff, by and through undersigned counsel, hereby files the Declaration of Steven A. Esrig in support of Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Preliminary Injunction.

RESPECTFULLY SUBMITTED,

Yano L. Rubinstein, Esq.
Summers Rubinstein
Suite 1600, 580 California Street
San Francisco, CA 94104
Telephone: (415) 439-4816
Facsimile: (415) 651-9853

-and-

BURLINGTON, WEIL, SCHWIEP,
KAPLAN, & BLONSKY, P.A.
Penthouse, 2699 South Bayshore Drive
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

By: _____
KEVIN C. KAPLAN
Fla. Bar No. 933848

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served via hand delivery on December 27, 2004 to:

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon
9th Floor
Miami, Florida 33134

_____
Kevin C. Kaplan

2

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM