IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STELOR PRODUCTIONS, INC., <br> (a Delaware Corporation) <br><br> Plaintiff <br> v. <br><br> STEVEN A. SILVERS, <br> (a resident of Palm Beach County, Florida). <br><br> Defendant. | ) <br> ) <br> ) CASE NO. 04-80954-CIV-HURLEY <br> ) <br> ) Magistrate: Judge James M. Hopkins <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF STEVEN A. ESRIG

I, Steven A. Esrig, hereby submit my declaration in support of Plaintiff's Reply to Defendant's Response to Stelor's Motion for Preliminary Injunction, and declare as follows:

### REPLY TO DEFENDANT'S RESPONSE TO
### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

1. I am the President and CEO of Stelor Productions, Inc. ("Stelor"). I have been employed by Stelor since its inception, and I have held my current position for more than two years. The facts stated herein are based on my own personal knowledge.

2. Throughout my relationship with Defendant, Mr. Steven A. Silvers ("Defendant or "Silvers"), he has been in constant financial hardship. Mr. Silvers has implored me time and time again to pursue Google Inc. in a legal action to end his financial hardship. Furthermore, Mr. Silvers has beseeched me to provide false verification of employment for the purpose of securing a loan, apparently due to his lack of credit and financial resources. To the best of my knowledge and belief, Mr. Silvers has no current income.

Accordingly, he is "judgment proof" in that he would be financially incapable of satisfying any order for damages.

3. Silvers interference with Stelor's business has resulted in the forestalling of the development of the Googles from Goo concept. Due to such interference, the operations of Stelor, a company with a projected valuation of over $700 million, have come to little more than a crawl. If prevented from continued interference, Stelor will be able to begin to immediately engage in negotiating licensing deals worth millions of dollars. Stelor has paid Mr. Silvers approximately $190,000 for his consulting services relative to the GOOGLES IP. As Mr. Silvers has thus far failed to provide any consulting services whatsoever, he has further damaged Stelor by accepting payment for such unearned services. Stelor, as a start-up company, can ill-afford such financial loss without recompense.

//
//
//
//
//
//
//
//
//
//
//

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Steven A. Esrig