UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STELOR PRODUCTIONS, INC.,
a Delaware corporation,

    Plaintiff,

v.

STEVEN A. SILVERS,
a resident of Palm Beach County, Florida

    Defendant.

CASE NO. 04-80954-CIV-HURLEY
Magistrate Judge James M. Hopkins

### SILVERS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Defendant, Steven Silvers, hereby gives notice of relying on supplemental authority regarding the novel theory, advanced by Stelor in its Reply Brief, that a defendant's financial condition[1] is relevant to the question of irreparable harm.

In fact, the opposite is true. See Dannebrog Rederi AS v. M/Y True Dream, 146 F.Supp.2d 1307, 1317-18 (S.D. Fla. 2001) ("potential inability to satisfy a judgment by the offending party does not constitute irreparable harm"). See also Lloyd Citrus Trucking, Inc. v. Treesweet Products, Inc., 655 F.Supp. 385, 387 (S.D. Fla. 1987) (lack of money to pay judgment "not the test" to determine irreparable harm). State court cases similarly debunk Stelor's contention. See We're Associates VI Limited Partnership v. Curzon Development Corp., 738 So.2d 440, 442 (4th DCA 1999); Hiles v. Auto Bahn Federation, Inc., 498 So.2d 997, 998-99 (4th DCA 1987).

---

[1] In his latest declaration, Stelor's principal swears under oath that Silvers' is "judgment proof." How Mr. Esrig could know this is a mystery; it is certainly news to Mr. Silvers.

3339/101/248075.1

Respectfully submitted,

*[signature]*

| | |
|---|---|
| Adam T. Rabin | Kenneth R. Hartmann (FBN: 664286) |
| DIMOND KAPLAN & ROTHSTEIN, PA | Gail A. McQuilkin (FBN: 969338) |
| 200 S.E. First Street, Suite 708 | KOZYAK TROPIN & THROCKMORTON, PA |
| Miami, FL 33131 | Counsel for Defendant |
| Telephone: (305) 374-1920 | 2525 Ponce de Leon, 9th Floor |
| Co-Counsel for Defendant | Coral Gables, Florida 33134 |
| | Telephone: (305) 372-1800 |
| | Fax: (305) 372-3508 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this 3rd day of January, 2005, via first class mail on the following, **Yano L. Rubinstein, Esq.**, Summers Rubinstein, P.C., 580 California Street, 16th Floor, San Francisco, CA 94101 and **Kevin C. Kaplan, Esq.**, Burlington Weil Schwiep Kaplan & Blonsky, 2699 S. Bayshore Drive, Penthouse, Miami, Florida 33133.

By: *[signature]*
Kenneth R. Hartmann

3339/101/248075.1