UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80954-CIV-HURLEY

STELOR PRODUCTIONS, INC.,
   plaintiff,

vs.

STEVEN A. SILVERS,
   defendant.
_____/



### ORDER RECASTING DEFENDANT'S OPPOSITION TO *PRO HAC VICE* APPEARANCE OF ATTORNEY RUBINSTEIN AS MOTION TO DISQUALIFY & ORDER DIRECTING BRIEFING ON MOTION

**THIS CAUSE** is before the court upon the defendant's opposition to Attorney Yano Rubinstein's motion to appear *pro hac vice* filed December 14, 2004. Having reviewed the opposition, the court deems it to operate as a motion to disqualify Attorney Rubinstein based on his prior representation of defendant Silvers. It is accordingly

**ORDERED AND ADJUDGED**:

1. The defendant's opposition to Attorney Yano Rubinstein's motion to appear pro hac vice is deemed to operate as a **MOTION TO DISQUALIFY** Attorney Rubinstein.

2. Plaintiff is directed to file its response to the disqualification request within **TWENTY (20) DAYS** from the date of entry of this order. The defendant may file his reply, if any, within **FIVE (5) DAYS** of receipt of the plaintiff's response.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 29 day of December, 2004.

                                                Daniel T. K. Hurley
                                          United States District Judge

cc.
Stanley A. Beiley, Esq.
Laurence R. Hefter, Esq.
Gail McQuilkin, Esq.
Yano Rubenstein, Esq.