UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80954-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, INC.,

        Plaintiff,

vs.

STEVEN A. SILVERS,

        Defendant,
_____/

### NOTICE OF TAKING VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE that the undersigned attorneys will take the videotaped deposition of:

| DEPONENT | DATE AND TIME | LOCATION |
|---|---|---|
| Defendant Steven A. Silvers | January 19, 2005 at 10:00 a.m. and continuing on January 20, 2005 | Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A. 2699 South Bayshore Drive Penthouse Miami, Florida 33133 |

This oral examination will continue from day to day until completed, before a notary public of Network Reporting or other person authorized by law to take depositions. Said deposition will also be stenographically recorded by a machine using instantaneous (or "real time") transcription. These depositions are being taken for purposes of discovery, for use at trial or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

PLEASE GOVERN YOURSELF ACCORDINGLY.

---

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM   WWW.BWSKB.COM

RESPECTFULLY SUBMITTED,

Counsel for Plaintiff
STELOR PRODUCTIONS, INC.

Yano L. Rubinstein, Esq.
Summers Rubinstein
Suite 1600, 580 California Street
San Francisco, CA 94104
Telephone: (415) 439-4816
Facsimile: (415) 651-9853

-and-

BURLINGTON, WEIL, SCHWIEP,
KAPLAN, & BLONSKY, P.A.
Penthouse, 2699 South Bayshore Drive
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

By: _____
KEVIN C. KAPLAN
Fla. Bar No. 933848

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served facsimile and U.S. Mail on January 3, 2005 to:

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon
9th Floor
Miami, Florida 33134

_____
Kevin C. Kaplan

2

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM