UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-80954-Civ-Hurley/Hopkins

STELOR PRODUCTIONS, INC.
(A Delaware Corporation),

      Plaintiff,

vs.

STEVEN A. SILVERS,
(a resident of Palm Beach County),

      Defendant.
_____/

### ORDER SETTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (DE 3) FOR EVIDENTIARY HEARING

**THIS CAUSE**, having come before this Court upon an Order referring Plaintiff's Motion for Preliminary Injunction for a Report and Recommendation, (DE 12), and being otherwise advised on the premises, it is **HEREBY ORDERED AND ADJUDGED THAT**

1.) Plaintiff and Defendant shall appear before this Court **on Friday, January 28, 2005, at 11:30 a.m., at the United States Courthouse, 300 South Sixth Street, Courtroom 108, in Ft. Pierce, Florida, 34950.**

2.) The Court has reserved **one (1) hour** for this hearing. Should additional time be required, the party requiring additional time is hereby **ORDERED** to

immediately notify the Court, by written motion, how much additional time will be required.

3.) Any motions for continuance of the hearing must be in writing and properly filed with the Court prior to the date of the hearing. Should a motion for continuance be granted, the moving party shall notify all other parties after the Court has reset the date and time of the hearing.

**DONE and ORDERED** in Chambers this <u>3rd</u> day of <u>January, 2005</u>, at West Palm Beach in the Southern District of Florida.

<u>/s/James M. Hopkins</u>
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Stanley Arthur Beiley, Esq.
Kevin Crow Kaplan, Esq.
Robert D. Litowitz, Esq.
Lorenz Michel Pruss, Esq.
Yano L. Rubenstein, Esq.
Gail A. McQuilkin, Esq.
Adam Rabin, Esq.