FILED by ELECTRONIC D.C.

Jan 28 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STELOR PRODUCTIONS, INC.,
a Delaware corporation,

    Plaintiff,

v.

STEVEN A. SILVERS,
a resident of Palm Beach County, Florida

    Defendant.

CASE NO. 04-80954-CIV-HURLEY
Magistrate Judge James M. Hopkins

### JOINT NOTICE OF SETTLEMENT AND WITHDRAWAL OF MOTIONS

Plaintiff Stelor Productions, Inc. and Defendant Steven A. Silvers, hereby give notice that this case has settled, and that all pending motions are withdrawn. The parties will file a Notice of dismissal of all claims within the next ten (10) days.

Respectfully submitted,

Adam T. Rabin
DIMOND KAPLAN & ROTHSTEIN, PA
200 S.E. First Street, Suite 708
Miami, FL 33131
T: 305-374-1920
Co-Counsel for Defendant

Kenneth R. Hartmann  (FBN: 664286)
Gail A. McQuilkin  (FBN: 969338)
KOZYAK TROPIN & THROCKMORTON, PA
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
T: 305-372-1800 / F: 305-372-3508
Counsel for Defendant

Yano L. Rubinstein, Esq.
SUMMERS RUBINSTEIN
580 California Street, 16th Floor
San Francisco, California 94104
Counsel for Plaintiff