UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-80954-CIV-HURLEY

STELOR PRODUCTIONS, INC.,
    plaintiff,

vs.

STEVEN A. SILVERS,
    defendant.
_____/

### ORDER VACATING DECEMBER 29, 2004 ORDER RE: MOTION TO DISQUALIFY

THIS CAUSE is before the court on the plaintiff's unopposed motion to vacate the Court's December 29, 2004 order recasting defendant's opposition to the *pro hac vice* appearance of Attorney Rubinstein as a motion to disqualify and directing briefing filed January 10, 2005. [DE# 44] Having considered the motion, it is hereby **ORDERED AND ADJUDGED**:

1. The plaintiff's unopposed motion to vacate [DE# 44] is **GRANTED.**

2. This court's order entered December 29, 2004 recasting the defendant's opposition to *pro hac vice* appearance of Attorney Rubinstein as a motion to disqualify and directing briefing [DE# 41] is hereby **VACATED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 28th day of January, 2005.

Daniel T. K. Hurley
United States District Judge

cc.
Yano Rubinstein, Esq.
Kevin Kaplan, Esq.
Gail M. McQuilkin, Esq.
Adam T. Rabin, Esq.