YOU COULD HAVE RECEIVED THIS NOTICE YESTERDAY BY FAX!

Just complete and return the request
orders and judgments within hours of

NOTE: If you are no longer an attorne
       this notice.



Yano L. Rubinstein
Summers Rubinstein PC
580 California Street
San Francisco, CA  94104 -

9:04-cv-80954 #43 - |Hurley
2 page(s).
01/06/2005

AUTHORIZATIO

I hereby authorize the Clerk of Court fc                    ol Floric
transmit notification of judgments, orde                   :simile in
case in which this capability exists and                   of record.
understand this electronic transmission                    ce by mail
The following telephone number is desigr                   ismission:

Fax Phone# _____  Fir

Phone # _____  At'

Florida Bar# _____  S.

Signature _____  Ci

List of My Active Case #'s _____

_____                     523-5209.
       FAX this completed form to the                      23-5212.
For information please call our E-NOTI

NOTICE: Only certain Judges are E-NOT                      ie to provic
envelopes for cases before non-partici                     help line al
for the list of participating judges.
NOTICE: Be sure to promptly notify th                      of any
to your name, address, firm, or fax nu
each of your active cases.

Control #: CV-fax_40D-16221          MAI
                                     AS l